## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | CHAPTER 11 |
| LE JARDIN, LLC, | ) | |
| a Georgia limited liability company | ) | Jointly Administered |
| Tax Id. No. 20-2078183, | ) | |
| | ) | Case Nos.   08-77019, 08-77022, |
| and affiliates, | ) | 08-77024, 08-77025 and |
| | ) | 08-77027 |
| | ) | |
| Debtors. | ) | Judge Joyce Bihary |
| | ) | |

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed.R.Bankr.P. 1007(d) for filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

| Name of Creditor and Complete Mailing Address | Nature of Claim | Status of Claim | Amount of Claim |
|---|---|---|---|
| Ruppert Nurseries, Inc.<br>7950 Hawkins Creamery Road<br>Laytonsville, MD 20882<br>Attn: Craig Ruppert, CEO | Vendor/Contractor | Disputed | 1,494,286.99 |
| Strack, Incorporated<br>125 Laser Industrial Court<br>Faiurburn, GA 30213-1646<br>Attn: Alfred DW Strack, CEO<br>. | Vendor/Contractor | Disputed | 1,279,668.15 |

| Name of Creditor and Complete Mailing Address | Nature of Claim | Status of Claim | Amount of Claim |
|---|---|---|---|
| C.W. Matthews Contracting Co., Inc.<br>1600 Kenview Dr. NW<br>Marietta, GA  30060-1086<br>Attn:  Hammack, Q. William, Jr. | Vendor/Contractor | Disputed | 642,986.02 |
| Greene Properties<br>1416 Woodmont Lane, N.W.<br>Atlanta, GA 30318 | Vendor/Contractor | Disputed | 524,915.30 |
| Prime Engineering Incorporated<br>1888 Emery St., NW<br>Suite 300<br>Atlanta, GA  30318-2542<br>Attn:  Thomas D. Gambino, CEO | Vendor/Contractor | Disputed | 514,688.82 |
| B & D Grading Company, Inc.<br>1185 School Road<br>Griffin, GA  30223-5656<br>Attn:  Billy J. Duncan, CEO | Vendor/Contractor | Disputed | 478,513.00 |
| Hughes, Good, O'leary & Ryan, Inc.<br>6 Executive Park Dr. NE<br>Suite 300<br>Atlanta, GA  30329-2206<br>Attn:  Robert T. Hughes, CEO | Vendor/Contractor | Disputed | 266,982.10 |
| EOS Marketing & Communications<br>3500 Piedmont Road<br>Suite 100<br>Two Securities Centre<br>Atlanta, GA  30319<br>Attn:  Margaret Gearing, CEO | Vendor/Contractor | Disputed | 231,398.89 |
| Fulton County Department of Revenue<br>141 Pryor Street S.W.,<br>Suite # 1085<br>Atlanta, Ga. 30303<br>Attn:    Arthur E. Ferdinand | Taxes | Disputed | 195,743.16 |

| Name of Creditor and Complete Mailing Address | Nature of Claim | Status of Claim | Amount of Claim |
| --- | --- | --- | --- |
| Lowe Engineers, LLC<br>2000 RiverEdge PKWY<br>Suite 400<br>Atlanta, GA 30328<br>Attn: Sally Riker | Vendor/Contractor | Disputed | 266,791.95 |
| Machine Construction Co., Inc.<br>P.O. Box 967<br>Sharpsburg, GA 30277<br>Attn: Chris Ferrell, CEO | Vendor/Contractor | Disputed | 213,471.95 |
| Lewis Trucking & Grading, Inc.<br>7786 Old Covington Hwy<br>Lithonia, GA 30058-4234<br>Attn: Charlie B. Lewis, CEO | Vendor/Contractor | Disputed | 159,071.00 |
| Marketing Specifics, Inc.<br>3050 Matlock Dr.<br>Kennesaw, GA 30144<br>Attn: Joan N. Barnes, CEO | Vendor/Contractor | Disputed | 118,817.47 |
| Greystone Power Corporation<br>PO Box 897<br>Douglasville, GA 30133-0897<br>Attn: Gary A. Miller, CEO | Utility | Disputed | 144,374.46 |
| Southeastern Erosion Control Services, Inc.<br>2140 Moon Station Drive<br>Kennesaw, GA 30144<br>Attn: Gerald J Cleary II, CEO | Vendor/Contractor | Disputed | 120,019.46 |

| Name of Creditor and Complete Mailing Address | Nature of Claim | Status of Claim | Amount of Claim |
|---|---|---|---|
| Stone Sales and Service Inc. 2601 Westwood Drive Conyers, GA 30094 Attn: Brad J. Poynter, CEO | Vendor/Contractor | Disputed | 186,082.50 |
| Landers Enterprises, LLC 396 Senoia Road Suite 102 Tyrone, GA 30290-2848 Attn: Terry Landers | Vendor/Contractor | Disputed | 109,344.85 |
| Aerial Photography, Inc. 618 N.E. 26th Street Ft. Lauderdale, FL 33305 | Vendor/Contractor | Disputed | 23,000.00 |
| GAIA 109 Birchwood Pass Canton, GA 30114 | Vendor/Contractor | Disputed | 12,573.00 |
| William Scottsman 2310 Alcovy Road Dacula, GA 30019 | Vendor/Contractor | Disputed | 12,236.00 |

Dated: September 3, 2008

_____ /s/ John A. Moore _____
John A. Moore (Ga. Bar No. 519792
The Moore Law Group, LLC
1745 Martin Luther King Jr. Dr.
Atlanta, GA 303014
(404) 758-9111 – Telephone
(888) 553-0071 - Facsimile

Proposed Counsel to Debtors and
Debtors-in-Possession

## CERTIFICATE OF SERVICE

This is to certify that on this day, I served a copy of the foregoing **LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS** by causing true and correct copies of the same to be placed in the U.S. Mail with adequate postage thereon, and via facsimile addressed to:

> Office of U.S. Trustee
> 362 Richard Russell Bldg.
> 75 Spring Street, SW
> Atlanta, GA 30303
> Fax : 404-331-4464

Dated:  September 3, 2008

_____/s/ John A. Moore_____
John A. Moore (Ga. Bar No. 519792)

Proposed Counsel to Debtors and
Debtors in Possession

**THE MOORE LAW GROUP, LLC**
1745 Martin Luther King, Jr. Drive
Atlanta, GA 30314
404-758-9111 - Telephone
888-553-0071 – Facsimile